**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**JOHN K. GOODROW**,

    **Plaintiff,**

v.                                                                          Civil Action No. 3:11-cv-00020

**FRIEDMAN & MACFAYDEN, P.A.,**
**and JOHNIE R. MUNCY**,

    **Defendants.**

---

**MICHELLE MCBETH,**

    **Plaintiff,**

v.                                                                          Civil Action No. 3:11-cv-479

**FRIEDMAN & MACFAYDEN, P.C., et al**

    **Defendants**

---

**ADAM MBUNDURE,**

    **Plaintiff,**

v.                                                                          Civil Action No: 3:11-cv-489

**FRIEDMAN & MACFAYDEN, P.C., et al**

    **Defendants.**

---

**ALBERT C. CECCONE,**

    **Plaintiff,**

v.                                                                          Civil Action No: 3:11-cv-555

**FRIEDMAN & MACFAYDEN, P.C., et al**

    **Defendants**

**ALLEN CHATTER,**

    **Plaintiff,**

**v.**                                                          **Civil Action No: 3:11-cv-613**

**FRIEDMAN & MACFAYDEN, P.C., et al**

    **Defendants**

---

**LETONYA BANKS,**

    **Plaintiff,**

**v.**                                                          **Civil Action No: 3:11-cv-614**

**FRIEDMAN & MACFAYDEN, P.C., et al**

    **Defendants.**

---

**IVERY HICKS,**

    **Plaintiff,**

**v.**                                                          **Civil Action No: 3:11-cv-615**

**FRIEDMAN & MACFAYDEN, P.C., et al**

    **Defendants.**

---

**KNORLY SMITH,**

    **Plaintiff,**

**v.**                                                          **Civil Action No: 3:11-cv-616**

**FRIEDMAN & MACFAYDYEN, P.C., et al**

    **Defendants.**

---

**PETER CRAWLEY,**

    **Plaintiff,**

**v.**                                                          **Civil Action No: 3:11-cv-617**

**FRIEDMAN & MACFAYDEN, P.C., et al**

    **Defendants.**

**LAUREL BUEL, et al.,**

      Plaintiffs,

v.                                                     Civil Action No: 3:11-cv-716

**FRIEDMAN & MACFAYDEN, P.C., et al**

      Defendants.

---

**JAMES SANMATEO,**

      Plaintiff,

v.                                                     Civil Action No: 3:11-cv-00840

**FRIEDMAN & MACFAYDEN, P.C., et al.**

---

## PLAINTIFFS' CONSENT MOTION TO CONTINUE THE PRETRIAL CONFERENCE

The Plaintiffs, with the consent of the Defendants, move for an order continuing the date of the pretrial conference, which is currently set for Wednesday, August 29, 2012. Counsel have conferred and request that the pretrial conference be reset on the court's docket for Tuesday, September 4, 2012, at 2:00 p.m. This request is made in good faith and not for a dilatory purpose.

                                                          Respectfully submitted,

                                                          **JOHN K. GOODROW, MICHELLE MCBETH, ADAM MBUNDURE, ALBERT C. CECCONE, ALLEN CHATTER, LETONYA BANKS, IVERY HICKS, KNORLY SMITH, PETER CRAWLEY, LAUREL BUEL,** *et al.* **And JAMES SANMATEO,**

                                                          /s/
                                                      Leonard A. Bennett, Esq.
                                                      VSB #37523
                                                      Attorney for Plaintiff
                                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                                      763 J. Clyde Morris Boulevard, Suite 1-A

        Newport News, Virginia 23601
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        lenbennett@cox.net

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

J. Chapman Petersen, Esq., VSB # 37225
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
E-mail:  jpetersen@smillaw.com


Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
E-mail:  kkelly@siplfirm.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
E-mail:  matt@clalegal.com

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  srotkis@clalegal.com

*Counsel for Plaintiff*

Richard John Rubin
1300 Canyon Road
Santa Fe, NM 87501
Telephone (505) 983-4418
Facsimile (505) 983-2050
*PRO HAC VICE*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Andrew Biondi
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23219
E-mail:  abiondi@sandsanderson.com

Andrew Todd Rich
Friedman & MacFayden, PC
1601 Rolling Hills Drive
Suite 125
Richmond VA  23229
E-mail:  trich@fmlaw.com

Cullen Dennis Seltzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23219
E-mail:  cseltzer@sandsanderson.com

Douglas Pendleton Rucker, Jr.
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA  23219
E-mail:  drucker@sandsanderson.com

                                                 /s/
                                Leonard A. Bennett, Esq.

VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net