UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**John K. Goodrow,**

    **Plaintiff,**

v.                              **CIVIL ACTION NO.: 3:11-cv-00020-MHL**
                                   **(Consolidated)**

**Friedman & MacFadyen, P.A., et. al.**

    **Defendants.**

### CONSENT MOTION FOR PLAINTIFFS' ENLARGEMENT OF TIME TO COMPLY WITH THIS COURT'S ORDER DATED SEPTEMBER 10, 2012

COMES NOW the Plaintiffs, by counsel, and pursuant to Fed. R. Civ. P. 6(b), and moves the Court for an Enlargement of Time within which to respond to this Court's Order (Docket No. 50) dated September 10, 2012, requiring Plaintiffs to file any amended complaints, motions to amend complaints, and motion to consolidate from September 12, 2012, to September 13, 2012.

Plaintiffs represent that counsel for Defendants have consented to such one-day enlargement. Moreover, several attorneys are endeavoring to diligently comply with this Court's Order and have moved in good-faith and not for a dilatory purpose. These cases are fact-intensive, complex cases, and Plaintiffs desire to do a complete job. Thus, Plaintiffs respectfully request an extension until midnight tomorrow to comply with this Court's Order.

                                         Respectfully Submitted,

                                         _____/s/_____
                                         Leonard A. Bennett, Esq., VSB #37523
                                         Attorney for Plaintiff
                                         CONSUMER LITIGATION ASSOCIATES, P.C.
                                         763 J. Clyde Morris Boulevard, Suite 1-A
                                         Newport News, Virginia 23601
                                         (757) 930-3660 - Telephone
                                         (757) 930-3662 – Facsimile
                                         lenbennett@cox.net

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

J. Chapman Petersen, Esq., VSB # 37225
Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
E-mail: jpetersen@smillaw.com
E-mail: kkelly@siplfirm.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
E-mail: matt@clalegal.com

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com
Case 3:11-cv-00020-MHL Document 46 Filed
08/28/12 Page 4 of 6 PageID# 382
*Counsel for Plaintiff*

Richard John Rubin
1300 Canyon Road
Santa Fe, NM 87501
Telephone (505) 983-4418
Facsimile (505) 983-2050
*PRO HAC VICE*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Andrew Biondi, Esq.
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: abiondi@sandsanderson.com

Andrew Todd Rich, Esq.
Friedman & MacFayden, PC
1601 Rolling Hills Drive
Suite 125
Richmond VA 23229
E-mail: trich@fmlaw.com

Cullen Dennis Seltzer
Sands Anderson, PC
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: cseltzer@sandsanderson.com

Douglas Pendleton Rucker, Jr., Esq.
1111 E. Main Street
Suite 2400
P.O. Box 1998
Richmond, VA 23219
E-mail: drucker@sandsanderson.com

                                                    _____/s/_____
                                                Kristi Cahoon Kelly, Esq., VSB #72791
                                                SUROVELL ISAACS PETERSEN & LEVY PLC
                                                4010 University Drive, 2nd Floor
                                                Fairfax, VA 22030
                                                (703) 277-9774
                                                (703) 591-9285 Facsimile
                                                E-mail: kkelly@siplfirm.com
                                                *Attorney for Plaintiffs*